UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOMOY GUILLEBEAUX,

            Plaintiff,

against

H.E.L.P. HOMELESS SERVICES CORPORATION, et al.,

            Defendants.

CIVIL ACTION NO.: 19 Civ. 1744 (LAP) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on Defendant Hector Salas on February 19, 2020, with Defendant's Answer due on March 11, 2020. (ECF No. 42). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court and to file a Motion for Default Judgment in accordance with Rule 55 of the Federal Rules of Civil Procedure and S.D.N.Y. Local Rule 55 by no later than **April 27, 2020**.

Dated:    New York, New York
           April 13, 2020

SO ORDERED

_____
**SARAH L. CAVE
United States Magistrate Judge**