UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X  Docket No. 19-CV-01744 (LAP) (SLC)

SOMOY GUILLEBEAUX,

*Plaintiff,*

-*against*-

**DEFAULT JUDGMENT**

H.E.L.P. HOMELESS SERVICE CORPORATION,
H.E.L.P. USA, INC, and/or H.E.L.P. USA LLC,
HECTOR SALAS, *In His Individual and Official Capacities*, ROBERTO DIAZ, *In His Official and Individual Capacities* and ALICIA LYONS, *In Her Official and Individual Capacities,*

*Defendants.*

------------------------------------------------------------X

This Action having been commenced on *February 25, 2019* by the filing of the Summons and Complaint, and a copy of the Summons and Complaint, having been personally served on the Defendant HECTOR SALAS by personal service on *February 19, 2020* and proof of service having been filed on *March 19, 2020,* and the aforementioned Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is:

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiff have judgment against Defendant HECTOR SALAS in the liquidated amount of $ $200,000 with interest at 5 % from 2/19/2020, amounting to $ $17,808 plus costs and disbursements of this action in the amount of $ 32,782.50 amounting in all to $ $250,590.50.

Dated: New York, New York
December 1, 2021

So Ordered,

_Loretta A. Preska_
**U.S.D.J.**

This document was entered on the docket on _____